CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 23 2009

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 5:02cr30020-13 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| ARNOLD JACKSON. | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that the government's Motion to Dismiss is **GRANTED**; the above referenced petition pursuant to 28 U.S.C. § 2255 is hereby **DISMISSED**; and this action shall be **STRICKEN** from the active docket of this court.

Jackson is advised that he may appeal this ruling pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 60 days of the date of entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

**ENTER:** This 23rd day of April, 2009.

/s/ Samuel G. Wilson
UNITED STATES DISTRICT JUDGE